# United States Court of Appeals
## For the First Circuit

_____

No. 10-1863

SAMUEL LOPEZ-QUINONES; IRIS GRISEL NIEVES-HERNANDEZ; CONJUGAL PARTNERSHIP LOPEZ-NIEVES

Plaintiffs - Appellees

v.

PUERTO RICO NATIONAL GUARD; ANTONIO J. VICENS

Defendant - Appellant

COMMONWEALTH OF PUERTO RICO; WILLIAM VAZQUEZ-IRIZARRY, Secretary of Justice of the Commonwealth of Puerto Rico; FRANCISCO A. MARQUEZ-HADDOCK, Brigadier General; JUAN E. COLON-GARCIA; MILAGROS MORENO-RAMOS; CONJUGAL PARTNERSHIP COLON-MORENO; JOSEFA BURGOS-REYES; JOE DOE; EVA APONTE-MARICHAL; JOHN DOE; MARIMIR MARTINEZ-MORALES; ARTURO DAVILA; NELSON REYES-AVILES; SARA DOE; MRS. SANTIAGO; SAMUEL SANTIAGO-RAMIREZ; CONJUGAL PARTNERSHIP DOE-BURGOS; CONJUGAL PARTNERSHIP DOE-APONTE; CONJUGAL PARTNERSHIP DAVILA-MARTINEZ; CONJUGAL PARTNERSHIP REYES-DOE; ABC INSURANCE COMPANY; CONJUGAL PARTNERSHIP MARQUEZ-DOE; CONJUGAL PARTNERSHIP SANTIAGO-DOE

Defendants

_____

**JUDGMENT**

Entered: February 9, 2011
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
/s/ Margaret Carter, Clerk

cc: Efrain Maceira-Ortiz, Jorge Martinez-Luciano, Susana Penagaricano Brown